*law library*

IN THE SUPERIOR COURT OF GUAM

FILED
SUPERIOR COURT
OF GUAM

2013 JAN 15 PM 2: 55

| | | |
|---|---|---|
| **PEOPLE OF GUAM,** | ) | Traffic Court Case. No.#1C00724212 |
| | ) | |
| vs. | ) | |
| Richard B. ARROYO | ) | DECISION AND ORDER |
| | ) | (Dismissal Guam Fire Code Citations) |
| Defendant. | ) | |
| | ) | |

This matter came on for bench trial on January 15, 2013 before the HONORABLE SENIOR JUDGE PRO TEMPORE ELIZABETH BARRETT-ANDERSON under the Uniform Summons and Citation complaint #0724212, citing the Defendant with violation of the International Fire Code "IFC 503.4 Block Fire Access." The Defendant pled not guilty and requested a trial. The Attorney General was notified of the hearing but did not appear. Defendant appeared pro se. This Court sua sponte dismissed the case and this decision follows.

In People v. Hill Hai Hong Xu Traffic Case No. IC00#724609 (2012) the Court[1] held that a violation of the Guam Fire Code is a misdemeanor offense. 10 GCA §73110. As a criminal offense the matter must be prosecuted by the Attorney General's Office. 5 GCA §30109(a). Absence of the Attorney General at trial to prosecute the case is grounds for dismissal of the criminal citation. In People v. Lau Traffic Case No. IC00724087 this Court dismissed the citation based on irreconcilable conflicts between the statute and the Rules of Court rendering jurisdiction of the Traffic Court over fire code violations as misdemeanors citations questionable.

This matter is hereby dismissed without prejudice.

SO ORDERED: JAN 1 5 2013

_____
**HON. ELIZABETH BARRETT-ANDERSON, Senior Judge Pro Tempore**

I do hereby certify that the foregoing is a full true and correct copy of the ORIGINAL on file in the Office of the Clerk of Court Superior Court of Guam

Date: JAN 1 5 2013

DEPUTY CLERK Superior Court of Guam

_____

[1] Decision and Order, Magistrate Judge Alberto E. Tolentino, December 28, 2012.

Page 1 of 1